**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **HUNTE,** | |
| **Plaintiff,** | |
| **-against-** | |
| **RICHARD SCOTT ENTERPRISES INC. ET AL** | |
| **Defendants.** | |

**25-cv-6313 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants' answer was due October 17, 2025. Defendants have until April 10, 2026 to answer otherwise they risk default judgment being entered in favor of Plaintiff.

**SO ORDERED.**

**Dated:**   April 3, 2026

      **New York, New York**                                    **ANDREW L. CARTER, JR.**
                                                                              **United States District Judge**