**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————x

KAI HUNTE,                                                                Civil Action No. 1:25-cv-6313

      Plaintiffs,

   -against-

                                      **NOTICE OF VOLUNTARY**
                                      **DISMISSAL PREJUDUCE**

RICHARD SCOTT ENTERPRISES, INC. d/b/a
SEDUTTO and 1496-1498 FIRST AVENUE, LLC,

      Defendants.

——————————————————————x

      Plaintiff Kai Hunte, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice against the above-captioned defendants.

      Dated: April 6, 2026

   By:   *Gabriel Levy*
          ——————————————

      Gabriel A. Levy, Esq .
        *Attorney for Plaintiff*
      Gabriel A. Levy, P.C.
      1129 Northern Blvd, Ste 404
      Manhasset, NY 11030
      T: 347-941-4715
      Glevy@glpcfirm.com